IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03025-KLM

SAM CARLISLE,

    Plaintiff,

v.

DAWSON GEOPHYSICAL COMPANY,
STEPHEN C. JUMPER,
MARK A. VANDER PLOEG,
CRAIG W. COOPER,
MICHAEL L. KLOFAS, and
TED R. NORTH,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    In accordance with Plaintiffs' **Notice of Voluntary Dismissal** [#7] filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

    IT IS HEREBY **ORDERED** that this case is **DISMISSED**.  The Clerk of Court shall close this case.

    IT IS FURTHER ORDERED that the Scheduling Conference set for February 28, 2022, at 10:30 a.m. is **VACATED**.

    Dated:  February 22, 2022